**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ESSEL AL-SALEEM, | : | No. 55 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| HEALTH NETWORK LABORATORIES, | : | |
| L.P., | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 25th day of July, 2023, the Petition for Allowance of Appeal is **DENIED**.